STATE OF CONNECTICUT *v.* LEROY SCOTT

The defendant's petition for certification for appeal from the Apellate Court, 11 Conn. App. 102, is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Judith Rossi,* deputy assistant state's attorney, in opposition.

Decided July 16, 1987

RUTH B. COXE, ADMINISTRATRIX (ESTATE OF SAMUEL COXE) *v.* JOHN C. DRISCOLL, CONSERVATOR (ESTATE OF ADRIEN GELINAS), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 11 Conn. App. 804, is denied.

*Max F. Brunswick,* in support of the petition.

*Raymond T. Trebisacci,* in opposition.

Decided July 23, 1987

ESTATE OF GEORGE ZARRELLA *v.* ROGER PELL

The plaintiff's petition for certification for appeal from the Appellate Court is granted, with limitation.

*Peter J. Zagorsky,* in support of the petition.

*Michael T. Landino,* in opposition.

Decided July 23, 1987